JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :     INDICTMENT
                                  :
ANA GARCIA SANTANA,               :     S2 07 Cr. 378
   a/k/a "Morena,"                :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 5 2007

## COUNT ONE

The Grand Jury charges:

1.   From in or about January 2006, up to and including in or about January 2007, in the Southern District of New York and elsewhere, ANA GARCIA SANTANA, a/k/a "Morena," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ANA GARCIA SANTANA, a/k/a "Morena," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

## OVERT ACT

3.   In furtherance of the conspiracy, and to effect

the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a.  On or about August 11, 2006, ANA GARCIA SANTANA, a/k/a "Morena," the defendant, met with a co-conspirator not named as a defendant herein ("CC-1"), in the vicinity of 2766 Barnes Avenue, in the Bronx, New York, to conduct a narcotics transaction.

    (Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ANA GARCIA SANTANA,
 a/k/a "Morena,"

Defendant.

---

**INDICTMENT**

S2 07 Cr. 738

(Title 21, United States Code, 846)

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL.

*Madeline Cointon* (signature)

---

Foreperson.

5-15-07
XC

Filed Indictment Case assigned to Judge Kaplan.
Pitman
U.S. M.J