MEMO ENDORSED

## MITCHELL DINNERSTEIN
Attorney at Law

350 Broadway. Suite 700

New York, New York 10013

212-925-0793

(Fax) 212-625-3939

June 15, 2007

The Honorable Judge Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

**RE: USA V. ANA GARCIA-SANTANA**
    **07-Cr.-378 (LAK)**

Dear Judge Kaplan:

I am writing on behalf of my client, Ana Garcia-Santana to respectfully request the Court to modify his bail conditions.

On May 21, 2007, Magistrate Judge Nathaniel Fox set bail conditions of $100,000 personal recognizance bond with $15,000 cash bond as well as travel restrictions to the Eastern and Southern Districts of New York. Bail was posted the next day. Ms. Garcia-Santana is seeking that the bail be modified to permit overnight and short visits to her sister, Phippe Fabian, and her adult son Edward Reynoso, who reside together in Reading, Pennsylvania. The Pennsylvania address is 411 South 5th Street, Reading, Pennsylvania 19602.

I have spoken with Assistant United States Attorney Jocelyn Strauber and Ms. Garcia-Santana's probation officer Mildred Santana and neither of them have any objections to this bail modification.

*[handwritten endorsement]* Granted on terms and conditions set forth in counsel's letter dated New York 6/___/07

SO ORDERED

LEWIS A. KAPLAN, USDJ

Page 2

Thank you for your consideration of this matter.

Sincerely yours,

Mitchell Dinnerstein
Attorney for Garcia-Santana

**SO ORDERED:**

_____

**HONORABLE LEWIS A. KAPLAN**
United States District Judge

cc.:　Jocelyn Strauber, AUSA
　　　Southern District of New York

　　　Mildred Santana
　　　United States Probation Department



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**June 25, 2007**

<u>**By Facsimile**</u>
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    <u>United States v. Ana Garcia Santana</u>,
                07 Cr. 378 (LAK)

Dear Judge Kaplan:

        The Government respectfully writes to respond to Ms. Garcia-Santana's request for a modification of her bail conditions to permit overnight and short visits to her sister, Phippe Fabian, and her adult son, Edward Reynoso, who reside in Redding, Pennsylvania. The Government has no objection to this proposed modification, but respectfully requests that Ms. Garcia-Santana be required to notify her Pre-Trial Services Officer in advance of any such visits, and the expected length of such visits, and to inform her Pre-Trial Services Officer when she has returned.

                              Sincerely,

                              MICHAEL J. GARCIA
                              United States Attorney

                By:

                              Jocelyn E. Strauber
                              Assistant United States Attorney
                              (212) 637-1034 (phone)
                              (212) 637-0086 (fax)

cc:     Mitchell Dinnerstein, Esq. (by facsimile)