UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES,

                         Plaintiff,

   -against-

ANA GARCIA SANTANA, et al.,

                        Defendants.
------------------------------------------------------------X



07 Cr. 378 (LAK)

ORDER

The Clerk of Court is hereby directed to remove Document #15 and the attached portable document format (pdf) file from the docket of the above-captioned case.

**SO ORDERED.**

Dated: New York, New York
       July 3, 2007

                                              **RICHARD M. BERMAN, U.S.D.J.**