**Dated:    9/12/7**

                                                 By:    **Lourdes Aquino**
                                                            Deputy Clerk

cc:   Attorneys of Record