```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    WAIVER OF INDICTMENT

          - v. -                  :    S9 07 Cr. 378 (SHS)

ANNA GARCIA-SANTANA,              :
     a/k/a "Morena,"
                                  :
               Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x
```

(handwritten next to caption: "ANA" and "NO BN")

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*[signature: Ana Garcia Santana]*
Defendant

*[signature: Laura Blakely]*
Witness

*[signature: Mitchell Dinnerstein]*
Counsel for Defendant

Date:    New York, New York
         January 15, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 5 2008
```